IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUDITH A. MOORE,** | C 09-03092 SBA (PR) |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **TINA HORNBEAK, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including July 12, 2010, to file an answer to the petition for writ of habeas corpus.

Dated: 5/17/10

_____
The Honorable Saundra Brown Armstrong
United States District Judge

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MOORE,

        Plaintiff,

 v.

TINA HORNBEAK et al,

        Defendant.
_____/

Case Number: CV09-03092 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith A. Moore X20913
Valley State Prison for Women
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: May 24, 2010

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk