1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   **JUDITH A. MOORE,**                    C 09-03092 SBA (PR)

12                              Petitioner,  **ORDER GRANTING ENLARGEMENT
                                             OF TIME TO FILE ANSWER**
13

14                    v.

15   **TINA HORNBEAK, Warden,**

16                              Respondent.

17

18        GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an

19   enlargement of time, to and including November 9, 2010, to file an answer to the petition for writ

20   of habeas corpus.

21

22   Dated:  9/7/10

23                                           The Honorable Saundra Brown Armstrong
                                             United States District Judge
24

25

26

27

28

                                             1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MOORE,

        Plaintiff,

  v.

TINA HORNBEAK et al,

        Defendant.
_____/

Case Number: CV09-03092 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith A. Moore X20913
Valley State Prison for Women
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: September 9, 2010

                                Richard W. Wieking, Clerk
                                By: LISA R CLARK, Deputy Clerk

Order Granting Enlargement of Time to File Answer (C 09-03092  SBA (PR))