IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MOORE,

    Petitioner,

v.

TINA HORNBEAK, Warden,

    Respondent.
_____/

No. C 09-03092 SBA (PR)

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

Petitioner has moved for a default judgment against Respondent because Respondent failed to file an Answer within the time period set forth in the Court's January 13, 2010 Order to Show Cause. He also opposed Respondent's most recent request for an extension of time to file an Answer (docket no. 17), which was untimely because it was filed seven days before the Answer was due. Petitioner notes that the Court explained in its Order to Show Cause that requests for extension of time should be filed at least ten days before the deadline that the party seeks to extend.

The Court has granted Respondent's most recent request for an extension of time, based on the attorney's showing that substantial workload made it difficult for the attorney to meet the deadline. In total, the Court has already granted Respondent three extensions of time to file the Answer. The deadline to file the Answer is on November 9, 2010. **No further extensions of time will be granted absent exigent circumstances.** Respondent is further ADMONISHED that if she fails to meet the Court's deadlines in the future, she may face sanctions.

Because Respondent has not failed to file a timely Answer, Petitioner's motion for a default judgment (docket no. 20) is DENIED. This Order terminates Docket no. 20.

IT IS SO ORDERED.

Dated: 11/9/10

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Moore3092.denyDEFAULTjud.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MOORE,

        Plaintiff,

  v.

TINA HORNBEAK et al,

        Defendant.

Case Number: CV09-03092 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith A. Moore X-20913
P.O. Box 809
Salinas, CA 93902

Dated: November 10, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Moore3092.denyDEFAULTjud.wpd