**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MOORE,

        Petitioner,

  v.

TINA HORNBEAK,

        Respondent.

                            /

No. C 09-03092 SBA (PR)

**ORDER DENYING SECOND MOTION FOR DEFAULT JUDGMENT**

Petitioner has filed a second motion for a default judgment against Respondent claiming that Respondent has failed to file an Answer by November 9, 2010 as set forth in the Court's September 7, 2010 Order Granting Enlargement of Time to File Answer.

The record shows that Respondent filed a timely Answer on October 28, 2010.

Because Respondent has not failed to file a timely Answer, Petitioner's second motion for a default judgment is DENIED.

Petitioner shall file her Traverse no later than **December 30, 2010**.  Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision on the date her Traverse is due.

This Order terminates Docket no. 25.

IT IS SO ORDERED.

DATED: 12/6/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.09\Moore3092.2ndDenyDEFAULTjud.wpd

**United States District Court**
For the Northern District of California

1   UNITED STATES DISTRICT COURT

2   FOR THE

3   NORTHERN DISTRICT OF CALIFORNIA

4

5

6   JUDITH A. MOORE,                                Case Number: CV09-03092 SBA

7           Plaintiff,                              **CERTIFICATE OF SERVICE**

8      v.

9   TINA HORNBEAK et al,

10          Defendant.
                                                    /
11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
13
     That on December 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15   located in the Clerk's office.

16

17

18   Judith A. Moore X-20913
     Valley State Prison for Women
19   P.O. Box 96
     Chowchilla, CA 93610-0096
20
     Dated: December 8, 2010
21                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
22

23

24

25

26

27

28

G:\PRO-SE\SBA\HC.09\Moore3092.2ndDenyDEFAULTjud.wpd