IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH A. MOORE,<br><br>    Petitioner,<br><br> v.<br><br>TINA HORNBEAK, Warden,<br><br>    Respondent.<br>_____/ | No. C 09-03092 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE; AND DIRECTING RESPONDENT TO SERVE COPIES OF ANSWER AND EXHIBITS ON PETITIONER** |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **thirty (30) days** from the date of this Order.

    Petitioner also moves for "the Court to order Respondent to serve Petitioner [with] the Answer . . . ." (Pet'r Mot. at 1.) The Court construes Petitioner's motion as a request for an Order directing Respondent to serve Petitioner with the answer and any attached exhibits. Good cause appearing, the request is GRANTED. Respondent shall serve Petitioner with a copy of the answer and any attached exhibits, which the Court assumes were previously lodged with the answer, on or before **three (3) days** from the date of this Order.

    This Order terminates Docket no. 30.

    IT IS SO ORDERED.

DATED: 2/1/11

                                                        _Saundra B Armstrong_
                                                        SAUNDRA BROWN ARMSTRONG
                                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MOORE,

        Plaintiff,

  v.

TINA HORNBEAK et al,

        Defendant.

Case Number: CV09-03092 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith A. Moore X-20913
Valley State Prison for Women
P.O. Box 96
Chowchilla, CA 93610-0096

Dated: February 2, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Moore3092.EOT-traverse.wpd      2